Tampa Division of Federal Court

Att: Clerk of Court

801 N Florida Ave

Tampa, FL 33602

Dear Clerk,

      Please find enclosed for filing the original and one (1) copy of the enclosed Amended Complaint for Damages. Please file the original in your usual and customary manner and return the copy stamped "filed "in the enclosed envelope with postage paid.

A process server should be coming to your office to file the Summons and return of service by Friday and I pray no later than Monday.

Please call me if you have any questions or problems at (920) 840-7557 cell (920) 250-5062 home central time (wisc). Thank you so much for your time.

Respectfully,

Brian P Jack

04/19/2014